

P52136/M.Bravo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Marcela Bravo, United States Probation Officer

RE:     Washington, Joseph

DATE:   September 12, 2007

07CRIM. 876

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On October 5, 2005, the above-named individual was sentenced in the District of New Hampshire outlined in the attached J & C.

In September 2007, we received the Prob. 22's endorsed by the Honorable Joseph A. DiClerico, Jr., U.S. District Court Judge, ordering Mr. Washington's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Marcela Bravo
U.S. Probation Officer

SEP 17 2007